**From:** Zachary Baker <zach@spartanpa.com>
**Sent:** Monday, March 20, 2023 7:53 PM
**To:** Wells, Daniel W <DWWELLS@travelers.com>
**Cc:** William Griffin <william@griffinlossconsultants.com>; jacksubway@gmail.com; Rodney Ray <rray@inline.us>; justin@consultpcg.com
**Subject:** [External] Re: Ambaji Inc. DBA Econo Lodge Claim: FEF9077 - The Travelers Indemnity Company of America

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is zach@spartanpa.com.**

To Whom It May Concern,

I am canceling tomorrow's appointment as I do not feel comfortable with a principal party forcing their appearance and influence on an Appraisal Panel. This presents a serious ethical issue that is highly inappropriate.

Respectfully,

On Thu, Mar 16, 2023 at 2:34 PM Wells, Daniel W <DWWELLS@travelers.com> wrote:

> Hello Everyone,
>
> See the attached letter pertaining to the Ambaji appraisal.
>
> Thanks,
>
> **Dan Wells** | **General Adjuster** | **Business Insurance Major Case Unit**
>
> **Travelers**
>
> W: 843.614.2202   F: 866.381.6247
>
> Mailing Address: Travelers - P.O. Box 430 | Buffalo, NY 14240-0430

If further assistance is required, please contact my manager, Kevin Ledermann at **klederma@travelers.com**

To upload documents to your claim, please use this link: **Claim Upload Center**.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

--

Zachary M Baker

LPIA,CPLA,CPLU